# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY PAULING,<br>    *Plaintiff*,<br><br>v.<br><br>INSECTAX LLC, d/b/a INSECTA X PEST CONTROL SOLUTIONS,<br>    *Defendant*. | No. 3:23-cv-1559 (VAB) |

## JUDGMENT

In light of the notice of the acceptance of the Offer of Judgment, ECF No. 24-1, and under the terms set forth therein, the Court hereby finds and orders that:

Anthony Pauling ("Plaintiff") is to recover from Insectax LLC, d/b/a Insecta X Pest Control Solutions ("Defendant") the total amount of Fourteen Thousand Five Hundred Dollars and Zero Cents ($14,500.00), inclusive of attorneys' fees and costs.

**SO ORDERED** at New Haven, Connecticut, this 11th day of October, 2024.

                                                                   /s/ Victor A. Bolden
                                                                   Victor A. Bolden
                                                                   United States District Judge